UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA T. WALKER,

                        Plaintiff,                      Case No. C11-5083-RSM

        v.                                              **ORDER REVERSING AND
                                                        REMANDING CASE FOR
MICHAEL J. ASTRUE, Commissioner of                      FURTHER ADMINISTRATIVE
Social Security,                                        PROCEEDINGS**

                        Defendant.

        The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the

Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

Judge, and the balance of the record, does hereby find and **ORDER**:

        (1)     The Court adopts the Report and Recommendation.

        (2)     The final decision of the Commissioner is **REVERSED** and the case is

                **REMANDED** to the Social Security Administration for further administrative

                proceedings consistent with the Report and Recommendation.

        (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

                Tsuchida.

        DATED this 21st day of March 2012.


                                        _____
                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE